CLOSED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For Offenses Committed on or After November 1, 1987) |
| | No. 08-15532-001M-SD |
| **Claudia Godinez-Biebrich** | |
| Citizen of Mexico | Richard L. Juarez (AFPD) |
| | Attorney for Defendant |
| USM#: 75382208    DOB: 1971 | ICE#: A42 062 997 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/31/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, USC § 2 and Title 8, USC §1325, Aiding and Abetting Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15532-001M-SD**
USA vs. Claudia Godinez-Biebrich

Page 2 of 2

Date of Imposition of Sentence: **Tuesday, April 15, 2008**

_____  Date 4/15/2008
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____    By:_____
United States Marshal                                                   Deputy Marshal
08-15532-001M-SD -

UNITED STATES DISTRICT COURT                                              MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/15/2008          CASE NUMBER: 08-15532-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Claudia Godinez-Biebrich

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK

U.S. Attorney _____   INTERPRETER REQ'D  Marcia Resler
                                                 LANGUAGE: Spanish

Attorney for Defendant  Richard L. Juarez (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED  ☐ CUSTODY

DOA__
☐ Financial Afdvt taken        ☐ Complaint Filed           ☐ Appointment of counsel hearing held
☐ Initial Appearance           ☐ No Financial Afdvt taken  ☐ Financial Afdvt sealed

**DETENTION HEARING:**    ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**         ☐ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court  ☐ Plea of Guilty  ☐ Not Guilty  ☐ Entered to Counts_____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)_____ of the  ☐ Information  ☐ Indictment  ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement:  ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☐ remanded to USM

SENTENCING:  Held
☒ Defendant committed to Bureau of Prisons for a period of 15 days  ☐ Probation/Supervised Release for
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY:  Angela J. Tuohy, Deputy Clerk

# United States District Court—Southern District California - Yuma
## Order Setting Conditions of Release

DATE: __April 1, 2008__    CASE NUMBER: __08-15532M-SD__

USA vs. __Claudia Godinez-Biebrich__

☒ PERSONAL RECOGNIZANCE
☐ AMOUNT OF BOND_____
    ☐ UNSECURED
    ☐ SECURED BY___
    SECURITY TO BE POSTED BY___

NEXT APPEARANCE __4/15/08 at 1:00 pm__ before __Magistrate Judge Jay R. Irwin__
☐ 401 West Washington St., Phoenix, AZ, Courtroom/Hearing Room #_
☒ 325 W. 19th Street, Yuma, AZ 85364

**IT IS ORDERED THAT DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS AND SHALL:**

☒ appear at all proceedings as required and to surrender for service of any sentence imposed.

☒ not commit any federal, state or local crime.

☒ immediately advise the court, defense counsel and U.S. Attorney in writing of change in address/telephone number.

☐ maintain or actively seek verifiable employment or attend school while under Pretrial supervision, if defendant is physically or medically able, and provide proof of such to Pretrial Services.

☒ not travel outside of: __Arizona and California__
except Defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only, unless express PRIOR Court permission is granted.

☐ refrain from direct or indirect contact with co-defendants, victim(s), witness(es), or family members of victim(s)/witness(es). _____

☒ report as directed to the U.S. PRETRIAL SERVICES (928) 783-1239.

☐ report as directed to the U.S. PROBATION OFFICE 602-322-7400 and abide by all terms of conditions of Supervised Release/Probation.

☐ execute an agreement to forfeit upon failing to appear as required, the bond or designated property:_____

☐ Defendant is placed in the third party custody of_____

☐ refrain from ☐ any ☐ excessive use of alcohol and not use or possess any narcotic or other controlled substance defined by 21 USC 802 unless prescribed for defendant by a licensed medical practitioner in the course of his/her legitimate medical practice.

☐ participate in drug/alcohol counseling/treatment and submit to drug/alcohol testing, including breathalyzer testing and make copayment toward the cost as directed by U. S. Pretrial Services.

☐ surrender any passport to the Clerk of the Court_____

☐ obtain no passport.

☐ not possess or attempt to acquire any firearm, destructive device, or other dangerous weapon or ammunition.

☐ notify this Court, Defense Attorney and the Assistant U.S. Attorney if there is a change of address.

☐ shall timely pay his/her monthly child support payments as previously ordered by the subject state court in the total amount of $_____

☐ The defendant shall actively participate in any mental health treatment program as directed by Pretrial Services. The defendant shall comply with all treatment requirements including taking all medication as prescribed by his/her mental health care provider.

☐ __The defendant shall not travel to Mexico.__

## ADVICE OF PENALTIES AND SANCTIONS

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years if the offense is a felony or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other term of imprisonment.

Title 18 U.S.C. §1503 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years, and a $250,000 fine to intimidate a juror or officer of the court; Title 18 U.S.C. §1510 makes it a criminal offense punishable by up to five years imprisonment and a $250,000 fine to obstruct a criminal investigation; Title 18 U.S.C. §1512 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section by not more than twenty years or by not more than ten years and a $250,000 fine for tampering with a witness, victim or informant; or by intentionally harassing another person and thereby hindering /delaying /preventing or dissuading any person from attending or testifying in an official proceeding or otherwise violating the section is punishable by imprisonment for not more than one year and a $250,000 fine; and 18 U.S.C. §1513 makes it a criminal offense punishable by imprisonment for life or by death, or, depending upon the specific provisions of the section not more than twenty years or by not more than ten years of imprisonment, a fine of $250,000, or both, to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. §3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2) an offense punishable by imprisonment for a term of five years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

If the person was released for appearance as a material witness, a fine as provided by law or imprisonment for not more than one year, or both.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE OF DEFENDANT | Address: |
|---|---|---|
| 4/1/08 | | Phone: |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF CUSTODIAN(S) | ADDRESS OF CUSTODIAN(S) |
|---|---|
| | TELEPHONE: |

Directions to United States Marshal:

☒ **The defendant is ORDERED released after processing.**

☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.

DATE: April 1, 2008                                                                           _____
USM, DEFT, PTS, AFPD                                                                    United States Magistrate Judge

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 4/1/2008          CASE NUMBER: 08-15532-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Claudia Godinez-Biebrich

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____   INTERPRETER REQ'D  Ricardo Gonzalez
                                                  LANGUAGE: Spanish
Attorney for Defendant  Richard L. Juarez (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA __
☐ Financial Afdvt taken       ☐ Complaint Filed           ☐ Appointment of counsel hearing held
☐ Initial Appearance          ☐ No Financial Afdvt taken  ☐ Financial Afdvt sealed

**DETENTION HEARING:**    ☒ Submitted  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☒ Defendant ordered released (see order setting cond of rel) pending sentence  ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☐ Defendant sworn and examined by the Court  ☐ Plea of Guilty  ☐ Not Guilty  ☐ Entered to Counts____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☐ Plea of Guilty entered as to Ct(s)_____ of the  ☐ Information  ☐ Indictment  ☐ Complaint
☐ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement:  ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☐ Time waived for passage of sentence
☒ Continued for sentence to  4/15/2008 at 1:00 pm  before  Magistrate Judge Irwin
☐ To be dismissed upon entry of the judgment, Ct(s) ____
☐ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☐ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of _____   ☐ Probation/Supervised Release for ___
☐ Special Assessment $_____   ☐ Fine $_____   ☐ Restitution $_____
Other: Defense moves for a continuance of sentence. Government has no objection. Court grants motion.

                                          RECORDED: CS
                                          BY: Angela J. Tuohy, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

**MAGISTRATE JUDGE'S MINUTES**

DATE: __3/31/2008__   CASE NUMBER: __08-15532-001M__-SD

### PLEA/SENTENCING MINUTES
USA vs. __Claudia Godinez-Biebrich__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__  Judge #: __70BK__
U.S. Attorney _____  INTERPRETER REQ'D __Ricardo Gonzalez__
LANGUAGE: __Spanish__
Attorney for Defendant __Richard L. Juarez (AFPD)__

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA __3/30/08__   ☒ Complaint Filed   ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts __TWO__
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) __TWO__ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☒ Continued for sentence to __4/1/2008 at 10:30 AM__ before __Magistrate Judge Irwin__
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☐ Defendant committed to Bureau of Prisons for a period of ___  ☐ Probation/Supervised Release for _____
☐ Special Assessment $_____  ☐ Fine $_____  ☐ Restitution $_____
Other: __Defense counsel argues for the defendant's release. The Court requests further information be verified by Pretrial Services. IT IS ORDERED continuing this matter one day.__

RECORDED: __CS__
BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Claudia GODINEZ-Biebrich
YOB: 1971
United States Citizen

CRIMINAL COMPLAINT

CASE NUMBER: 08-15532M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about March 30, 2008, within the Southern District of California, Defendant(s) Claudia GODINEZ-Biebrich did bring to or attempt to bring to the United States certain persons, Ricardo Ivan GUTIERREZ-Millan, Brenda ARREDONDO-Gutierrez, knowing that said persons were aliens, at a place other than a designated Port of Entry and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i)(Felony).

## COUNT II

That on or about March 30, 2008, within the Southern District of California, Defendant(s) Claudia GODINEZ-Biebrich did knowingly and willfully aid, abet, and assist the above-named aliens in entering the United States at a time and place other than as designated by Immigration Officers and elude examination and inspection by Immigration Officers, a misdemeanor, in violation of Title 18, United States Code, Section 2 and Title 8, United States Code, Section 1325. (Misdemeanor)

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

March 31, 2008                                      at           Yuma, Arizona
Date                                                    City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                        Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Claudia GODINEZ-Biebrich
Dependents: None

**IMMIGRATION HISTORY:** The Defendant is a United States citizen.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 102606 Indio, California | 8 USC 1324 Transporting Aliens | None listed |

Narrative: The Defendant, a United States citizen, was encountered by Blythe Border Patrol agents near Palo Verde, California. The Defendant was driving a Black 1998 Nissan Maxima. Inspection of the vehicle revealed that 2 Mexican nationals, illegally in the United States, were riding therein in the trunk area of the vehicle.

Upon questioning, the Defendant admitted that she had made arrangements to smuggle the 2 Mexican nationals into the United States and transport each alien to Indio, California. The Defendant stated she drove to the residence of her nephew, Ricardo Ivan Gutierrez-Millan in Somerton, Arizona. The Defendant then stated that the two subjects voluntarily boarded the vehicle in the trunk area and the small child of both subjects was placed in the car seat. The Defendant left the Somerton, Arizona area and began to travel to Indio, California. The Defendant stated that she knew both subjects were in the country illegally and did not possess any legal immigration documents to be in the United States. The defendant also revealed that she is related to Ricardo Ivan Gutierrez-Millan (Aunt), and knew that Brenda Arredondo-Gutierrez was Ricardo Ivan Gutierrez-Millans wife.

Both subjects that were in the trunk area of the vehicle stated they did not pay any money to the defendant to have them driven to the Indio, California area.

During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

Charges: 8 USC§1324  (Felony)
8 USC§1325/18-2  (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 31, 2008
Date

_____
Signature of Judicial Officer

## IN THE UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3/30

| | |
|---|---|
| United States of America, Plaintiff, vs. Claudia GODINEZ-Biebrich | ) AFFIDAVIT  08-15532M-SD<br>)<br>) FOR DETENTION OF MATERIAL WITNESSES<br>)<br>) Brenda ARREDONDO-Gutierrez<br>)<br>)<br>)<br>) Citizen of Mexico<br>) |
| Defendant(s), | )<br>) |

BEFORE   Jay R. Irwin          325 W. 19th Street Yuma, Arizona 85364
        (U.S. Magistrate)              (Address of U. S. Magistrate)

STATE OF ARIZONA            )
                            : ss.
CITY AND COUNTY OF YUMA     )

I, Cesar Duarte, being duly sworn depose and state:

(1) That I have signed the complaint in the above entitled case and have investigated it and I am familiar with the facts of the case.

(2) That on or about March 30, 2008, within the Southern District of California, Defendant(s) Claudia GODINEZ-Biebrich did bring to or attempt to bring to the United States certain persons, Ricardo Ivan GUTIERREZ-Millan, Brenda ARREDONDO-Gutierrez, knowing that said persons were aliens, at a place other than a designated Port of Entry and at a place other than as designated by the Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i)(Felony).

(3) That on or about March 30, 2008, within the District of Arizona, Defendant(s) Claudia GODINEZ-Biebrich did knowingly and willfully aid, abet, and assist the above-named aliens in entering the United States at a time and place other than as designated by Immigration Officers and elude examination and inspection by Immigration Officers, a misdemeanor, in violation of Title 18, United States Code, Section 2 and Title 8, United States Code, Section 1325. (Misdemeanor)

(4) That said alien(s) is/are illegally in the United States and that therefore it is wholly impracticable if not impossible to secure his/her/their attendance before the U.S. District Court by subpoena.

(5) That the United States Attorney for the District of Arizona, or one of his assistants acting on his behalf, has requested affiant(s) to secure an order of the Magistrate to hold said person(s) as material witness(es).

WHEREFORE affiant on behalf of the government requests the Magistrate commit him/her/them to the custody of the U.S. Marshal.

Affiant

*Cesar Duarte*

Senior Patrol Agent
Title

Subscribed and sworn to before me this
31th day of March, 2008.

United States Magistrate